UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CR-00035-H-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TYLER MONTAGUE HOLLOWAY | ORDER TO SEAL SENTENCING<br>MEMORANDUM AND EXHIBIT #1 |

On the motion of the defendant, Tyler Montague Holloway, and for good cause shown, it is hereby ORDERED that the "Sentencing Memorandum" with attached Exhibit #1 be sealed until further notice by this Court. This Order is grounded on Defendant's well-founded concern that a public "Sentencing Memorandum" and attached Exhibit #1 may compromise the privacy of the defendant.

Accordingly, it is ORDERED that the documents be filed under seal and to remain so sealed until otherwise ordered by the Court, except that copies may be provided to the Assistant United States Attorney and Counsel for the Defendant.

IT IS SO ORDERED.

This 4th day of August 2015.

MALCOLM J. HOWARD
Senior United States District Judge